## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

| | |
|---|---|
| **NADIR ALIEV #A246-845-339** | **CASE NO.  1:25-CV-01753 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **ANGEL WOLF** | **MAGISTRATE JUDGE PEREZ-MONTES** |

### JUDGMENT

Upon considering the Report and Recommendation of the Magistrate Judge [Doc. No. 13], noting no written and filed objections thereto, and after an independent review of the record,

**IT IS ORDERED**, **ADJUDGED**, **AND DECREED** that Petitioner, Nadir Aliev's ("Petitioner") Amended Petition for Writ of Habeas Corpus [Doc. No. 7] is **GRANTED** and he must be released as soon as reasonably possible as there is no significant likelihood of Petitioner's removal in the reasonably foreseeable future. Respondents must release Petitioner on the same conditions governing his previous release as soon as reasonably possible and **must notify the Court of Petitioner's release within 24 hours of Petitioner's release** via the following email: doughty_motions@lawd.uscourts.gov.

MONROE, LOUISIANA, this 16th day of July 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE

1